RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile: (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JAIME CERVANTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| UNITED STATES OF AMERICA, | CR. 12-00792-YGR |
|---|---|
| Plaintiff, | |
| vs. | **PARTIES JOINT PRETRIAL CONFERENCE MEMORANDUM** |
| | Hearing Date: April 8, 2016<br>Hearing Time: 9:30 a.m |
| HENRY CERVANTES, et al., | |
| Defendants. | |

The parties hereby submit the following memorandum in advance of the pretrial conference scheduled for Friday, April 8, 2016.[1]

**PENDING MOTIONS**

1. There are four *Motions in Limine* filed by defendant Andrew Cervantes:

   a. *Motion in Limine* #1 to exclude testimony about prior racketeering conviction [Docket 1021];

---

[1] Counsel apologizes for this late filing but all counsel have been extremely busy preparing this case for trial.

*PARTIES JOINT STATUS CONFERENCE STATEMENT*
*United States vs. Cervantes, et al., CR. 12-00792-YGR*

      b. *Motion in Limine* #2 to exclude testimony by witness John Feeney re. Racketeering acts prior to 2004 [Doc.1022];;

      c. *Motion in Limine* #3 to exclude hearsay statements in letters, kites and writings [Doc.1023];

      d. *Motion in Limine* #4 to exclude expert opinion testimony [Doc.1024].

2. There are five pending motions filed by the government:

      a. A first and second motion for *ex parte in camera* review of BOP intelligence files and disclosure of redacted BOP files subject to the protective order; and

      b. Motion to condition additional defendant peremptory challenges on additional government peremptory challenges. [Doc 1029];

      c. Motion for Pretrial determination on admissibility of four categories of evidence per Pretrial Order No. 14 [Doc.1053];

      d. Motion for Reconsideration of Larez lockup beating [Doc. 1053];.

      e. Request to augment witness and exhibit list [Doc. 1057].

## STATUS OF DISCOVERY

On March 28, 2016, the defense received *Jencks, Giglio* and *Brady* discovery consistent with the government's letter to this Court and defense dated October 22, 2016.

Counsel for Larez has sought Rule 17 subpoena for *Henthorn* materials regarding Shasta County District Attorney Investigator Steven Bustillos. Shasta County has moved to quash that subpoena [Doc. 1069] The documents are to be produced in Court on April 8th for *in camera* review.

///
///
///
///
///

1     Judge Cousins issued an order on April 4, 2016 re. Discovery issues raised at the
2 hearing on March 29, 2016 [Docket 1064].
3
4 Date: April 7, 2016                      Respectfully submitted,
5
6                                           /s/
                                    RANDY SUE POLLOCK
7                                     Counsel for Defendant Jaime Cervantes
                                    On Behalf Of All Parties
8

*PARTIES JOINT STATUS CONFERENCE STATEMENT*
*United States vs. Cervantes, et al., CR. 12-00792-YGR*