# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 12-CR-0792 YGR |
| Plaintiff, | **POST-TRIAL ORDER NO. 3 SETTING BRIEFING SCHEDULE AS TO A. CERVANTES AND J. CERVANTES** |
| v. | |
| **HENRY CERVANTES,** *et al.*, | |
| Defendants. | |

On August 21, 2016, defendant A. Cervantes filed a motion for judgment of acquittal and motion for new trial under Federal Rules of Criminal Procedure 29 and 33, respectively. (Dkt. No. 1445.) Pursuant to Rule 45(b), A. Cervantes moves the Court to extend the period of time for briefing on his Rule 29 and Rule 33 motions. Defendant J. Cervantes joins in A. Cervantes's motion, including the request for an extension of the briefing period. (Dkt. No. 1446.)

Good cause appearing, the Court hereby **GRANTS** the requests for an extension of time. Defendants J. and A. Cervantes's supplemental briefing on their motions for judgment of acquittal and for new trial shall be filed no later than **September 16, 2016**. The government's oppositions thereto shall be filed by **September 30, 2016**.

**IT IS SO ORDERED**.

Dated: August 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**