RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510) 763-9967
Facsimile:  (510) 380-6551
rsp@rspollocklaw.com

Attorney for Defendant
JAIME CERVANTES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR. 12-00792-YGR** |
| Plaintiff, | |
| vs. | **STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND FILING DATE FOR DEFENSE SENTENCING MEMORANDUM** |
| HENRY CERVANTES, et al., | [*AS MODIFIED BY THE COURT*] |
| Defendants. | |

  Defendant Jaime Cervantes, by and through his counsel Randy Sue Pollock, and Trial Attorney Robert Tully, hereby request that the defense sentencing memorandum which is presently due on December 6, 2016 be extended one week to December 13, 2016.

  Defense counsel was advised on October 24th that her new office would be ready to move into on December 4th. Moving is scheduled for that day and telephone and internet lines should be installed on December 5th.

///

///

Counsel will make every effort to complete her memoranda by December 6th but given the office move and other business commitments, it is respectfully requested that she be allowed until December 12th to file the memorandum if needed.

Date: November 21, 2016

/s/
RANDY SUE POLLOCK
Counsel for Defendant Jaime Cervantes

Date: November 21, 2016

ROBERT S. TULLY
Trial Attorney
Organized Crime and Gang Section

**SO ORDERED**: Defendant Jaime Cervantes counsel allowed extension to file sentencing memorandum to **12:00 noon on Friday, December 9, 2016.**

Date: November 22, 2016

YVONNE GONZALEZ ROGERS
United States District Judge